UNITED STATES of America, Plaintiff–Appellee,

v.

**Lueleni Fetongi MAKA, Defendant– Appellant.**

No. 07–10501.

United States Court of Appeals, Ninth Circuit.

Submitted June 20, 2008.*

Filed June 24, 2008.

William L. Shipley, USH-Office of the U.S. Attorney, Honolulu, HI, for Plaintiff–Appellee.

M. Cora Avinante, Honolulu, HI, for Defendant–Appellant.

Before: GOODWIN, RYMER, and IKUTA, Circuit Judges.

MEMORANDUM **

Lueleni Fetongi Maka appeals the district court's denial of his motion for a new trial on the grounds that the government knowingly used perjured testimony at trial. We review for an abuse of discretion, *United States v. Steel,* 759 F.2d 706, 713 (9th Cir.1985), and we affirm.

The parties are familiar with the facts. We proceed to the law. To prevail on a motion for a new trial based on newly

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

discovered evidence, Maka must satisfy the five-factor test set out in *United States v. Kulczyk*, 931 F.2d 542, 548 (9th Cir. 1991). Maka has not done so. With regard to the fifth factor, he has not shown that "there is any reasonable likelihood that the false testimony could have affected the jury verdict." *United States v. Endicott*, 869 F.2d 452, 455 (9th Cir.1989). Because he has failed to explain the significance of the perjured testimony, the district court did not abuse its discretion in denying the motion.

AFFIRMED.